UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re A123 Systems, Inc. Securities Litigation** | No. 1:12-cv-10591-RGS |
| **THIS DOCUMENT RELATES TO:**<br><br>All Consolidated Actions | <u>CLASS ACTION</u> |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>**

WHEREAS, this Court entered an Order on March 14, 2013, dismissing the above-captioned action in its entirety, with leave to amend no later than April 4, 2013;

WHEREAS, Plaintiffs do not intend to file an amended complaint on April 4, 2013;

THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:

The above-captioned action shall be dismissed against all Defendants, with prejudice, and with each party responsible for its own costs.

Dated: April 4, 2013                           Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Kathleen M. Donovan-Maher
Kathleen M. Donovan-Maher (BBO #558947)
kdonovan-maher@bermandevalerio.com
Bryan A. Wood (BBO #648414)
bwood@bermandevalero.com
One Liberty Square
Boston, Massachusetts 02109
Tel: (617) 542-8300
Fax: (617) 542 1194

*Lead Counsel for Plaintiffs*

**MILBERG LLP**

Ariana J. Tadler
atadler@milberg.com
Charles Slidders
cslidders@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for Lead Plaintiff*

**POMERANTZ GROSSMAN, HUFFORD, DAHLSTROM & GROSS, LLP**

Marc I. Gross
migross@pomlaw.com
Jeremy A. Lieberman
jalieberman@pomlaw.com
Emma Gilmore
egilmore@pomlaw.com
100 Park Avenue, 26th Floor
New York, New York 10017-5516
Tel: (212) 661-1100
Fax: (212) 661-8665

*Counsel for Plaintiffs*

**DONNELLY, CONROY & GELHAAR, LLP**

By:   /s/Matthew M. Kane
Matthew M. Kane (BBO#636801)
One Beacon, 33rd Floor
Boston, MA  02108
Tel:  (617)720-2880

**LATHAM & WATKINS LLP**
James E. Brandt (*pro hac vice*)
Jeff G. Hamel (*pro hac vice*)
885 Third Avenue
New York, NY   10022
Tel:  (212) 906-1200

*Counsel for Defendants B456 Systems, Inc. (formerly known as A123 Systems, Inc.), David P. Vieau, David Prystash and John R. Granara III*

- 3 -

- 4 -

## **CERTIFICATE OF SERVICE**

I, Kathleen M. Donovan-Maher, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 4, 2013.

                                                       */s/ Kathleen M. Donovan-Maher*
                                                       Kathleen M. Donovan-Maher